JS-6



FILED
CLERK, U.S. DISTRICT COURT
1/6/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHH AFFILIATES, LLC, a Delaware limited liability company,<br><br>Petitioner,<br><br>v.<br><br>SUZANNE ANDERSON PROPERTIES, LLC, a Texas limited-liability company; ALLIANCE REALTY, INC., an Oklahoma corporation; SUZANNE ANDERSON PROPERTIES OKLAHOMA, LLC, an Oklahoma limited-liability company; and MICHAEL B. HUFF, an individual,<br><br>Respondents. | Case No. SACV 20-02172-CJC (ADSx)<br><br>[~~PROPOSED~~] JUDGMENT CONFIRMING ARBITRATION AWARD |

1  The Court, having fully considered Petitioner BHH Affiliates, LLC's Petition and Memorandum of Points and Authorities in Support To Confirm Arbitration Award, proof being made to the satisfaction of the Court, and good cause appearing, **GRANTS** the Petition and hereby enters final judgment for BHH Affiliates, LLC and against Respondents Suzanne Anderson Properties, LLC ("Anderson Properties"); Alliance Realty, Inc. ("Alliance Realty"); Suzanne Anderson Properties Oklahoma, LLC ("Anderson Properties Oklahoma"); and Michael B. Huff ("Huff").

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** as follows**:**

1. Pursuant to 9 U.S.C. § 9, the September 30, 2020 Arbitration Award, in *BHH Affiliates, LLC v. Suzanne Anderson Properties, LLC, et al.*, JAMS Ref. No. 1200057044, attached as **Exhibit Y** to the Petition to Confirm Arbitration Award's supporting declaration, is hereby confirmed in full.

2. All findings in the Arbitration Award, shall therefore be treated as if ordered by this Court.

3. The Court enters judgment upon the Arbitration Award in favor of Petitioner and against Respondents in the amount of $1,970,881.24, plus post-judgment interest to be determined by applicable law until satisfied.

DATED: January 6, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE